**Complaint Synopsis**

| | |
|---|---|
| **Name:** | Dale Carr |
| **Address:** (City & State Only) | Canton, Maine |
| **Year of Birth and Age:** | 1971, 51 years old |
| **Violations:** | Count One:<br><br>Attempted transfer of obscene material to a minor, in violation of 18 U.S.C. § 1470. |
| **Penalties:** | Count One:<br><br>Not more than 10 years imprisonment, and/or not more than a $250,000 fine. 18 U.S.C. § 1470<br><br>Count One is a Class C felony. |
| **Supervised Release:** | Count One:<br><br>Not more than three years. 18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Counts One:<br><br>Not more than two years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Count One:<br><br>Three years less any term of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | TBD; |
| **Primary Investigative Agency and Case Agent Name:** | FBI, Theriault |
| **Detention Status:** | TBD |
| **Foreign National:** | No |

| | |
|---|---|
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Androscoggin |
| **AUSA:** | Meghan E. Connelly |
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution? Y/N** | No |
| **Assessments:** | $100 on each count. |