## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Docket No. |
| ) | |
| v.  ) | 18 U.S.C. § 1470 |
| ) | |
| DALE CARR ) | |

## INFORMATION

The United States Attorney for the District of Maine charges that:

### COUNT ONE
### (Attempted Transfer of Obscene Material to a Minor)

On about October 20, 2019, in the District of Maine, the defendant,

**DALE CARR,**

used the internet, a facility and means of interstate commerce, to knowingly attempt to transfer obscene matter to another individual who had not attained the age of 16 years, knowing that such other individual had not attained the age of 16 years.  Specifically, **CARR** sent a digital image of a male penis to an individual he believed to be a 13-year-old girl.

All in violation of Title 18, United States Code, Section 1470.

Dated:  November 2, 2022

DARCIE N. MCELWEE
UNITED STATES ATTORNEY

*/s/ Sheila W. Sawyer*
Sheila W. Sawyer
Assistant United States Attorney
United States Attorney's Office
100 Middle Street
Portland, ME 04101
(207) 780-3257